# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPLOYEE #1,<br>      Plaintiff<br>v.<br>UNIVERSITY LEGAL SERVICES, INC.,<br>      Defendant. | Civil Action No. 24-cv-630 (CKK) |

**ORDER**
(July 2, 2024)

      On June 24, 2024, Defendant filed a [10] Motion to Dismiss in the above-captioned case. Plaintiff is representing himself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice … should include an explanation that the failure to respond … may result in the district court granting the motion and dismissing the case." *Id*. at 509.

      In accordance, this Court advises the Plaintiff that he must respond to Defendant's Motion by no later than **July 30, 2024**. If Plaintiff does not file a response, the Court will treat the motions as conceded and dismiss those parties. Defendant may file a reply on or before **August 9, 2024**.

      The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address of record.

      **SO ORDERED.**

                                            /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge